**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARL HENRY OLSEN, III,

               Plaintiffs,

v.

ARANAS, et al.,

               Defendants.

3:18-cv-0149-MMD-CLB

**ORDER**

In 2019, this case was stayed (ECF No. 12), and pro bono counsel was appointed (ECF No. 15). This case was consolidated for the purposes of discovery only with a group of other cases that involved at least one or more claims alleging that the Nevada Department of Correction's policy for treating hepatitis C amounts to deliberate indifference in violation of the Eighth Amendment. A master docket and case filed under the caption "IN RE: HCV PRISON LITIGATION" master file number 3:19-CV-0577-MMD-CLB was thereafter created.

A class of persons with HCV was then certified in February 20, 2020 (3:19-CV-0577-MMD-CLB – ECF No. 21). Following settlement negotiations and a fairness hearing, a consent decree was entered in 3:19-CV-0577 and the class action was terminated (ECF No. 80).

Appointed counsel shall file a status report on or before **Monday, November 30, 2020** advising if they will be withdrawing from this matter or remaining on as counsel of record. Thereafter, the stay will be lifted and this case will proceed in the normal course.

DATED: ___November 12, 2020___.

                                                   **UNITED STATES MAGISTRATE JUDGE**