**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARL HENRY OLSEN, III,

                Plaintiffs,

  v.

ROMEO ARANAS, et al.,

                Defendants.

3:18-cv-0149-MMD-CLB

**ORDER**

On November 30, 2020, appointed counsel advised the court that they intend to withdraw as counsel in this action (ECF No. 20). Counsel shall have until **Tuesday, January 5, 2021** to file a motion to withdraw or the court will assume that they will continue as appointed counsel for the remainder of this case. Due to extremely limited availability of pro bono counsel, the court declines at this time to refer this case to pro bono program for further appointment of counsel.

      **DATED:** December 15, 2020.

                                              _____
                                              **UNITED STATES MAGISTRATE JUDGE**